UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>)  CIVIL ACTION NO.:<br>) |
| v. | )  4:11-CV-255-BAE-GRS<br>) |
| 9400 ABERCORN, LLC<br>*a/k/a* English Oaks Apartments, | )<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

**NOTICE OF INTENT TO RULE ON REQUEST FOR ORAL ARGUMENT**

The Court is currently considering Plaintiff Colony Insurance Company's Request for Oral Argument on its Motion for Terminating Sanctions. *See* Doc. 100. To properly evaluate Colony's request, the Court must also take into account the issues surrounding Colony's Motion to Amend (Doc. 35), Motion to Compel (Doc. 34), and Defendant 9400 Abercorn, LLC's Motion for Summary Judgment (Doc. 29). The Court expects to complete that evaluation and rule on Colony's Request for Oral Argument no later than Friday, August 31, 2012.

This 28 day of August 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA